UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LOREN SCHADEMAN, JR.,

    Plaintiff,

    v.

EXTRADITION TRANSPORT OF AMERICA, et al.,

    Defendants.

CASE NO. C10-5048BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 5). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The Report and Recommendation is **ADOPTED**;

(2)    The Plaintiff's claims and causes of action are **DISMISSED WITH PREJUDICE**.

DATED this 27th day of July, 2010.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER