# United States District Court

WESTERN DISTRICT OF WASHINGTON

LOREN SCHADEMAN, JR.,

    v.

EXTRADITION TRANSPORT OF AMERICA, *et al.*,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5048BHS

\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Report and Recommendation is **ADOPTED**; and

(2) The Plaintiff's claims and causes of action are **DISMISSED WITH PREJUDICE**.

 

July 28, 2010                    BRUCE RIFKIN
Date                          Clerk

                           *s/CM Gonzalez*
                           Deputy Clerk